RECEIVED IN
The Court of Appeals
Sixth District

OCT 1 6 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

OCT 1 6 2015

Court of Appeals
Texarkana, Texas
Debra K. Autrey, Clerk

Appeal No. 06-15-00062-CV

Allen "F" Calton
Plaintiff

V

Steve Schiller, etal
Defendants

Court of Appeals

Sixth Appellate District

State of Texas

## Appellant's motion For Extension of Time To File Appellant's Brief

Now Comes Appellant Allen "F" Calton and files this his motion For An Extension of Time To File His Appellate Brief. Will show in support As Follows:

### I

Appellant has several current pending cause numbers that he is also proceeding Prose in. In addition to the instant case for a total of (5) cases that require his time to litigate at the present time and prepare pleading in.

(1) Allen "F" Calton v Jason Newman, et al
Appeal No. 14-15-00460-CV
14th Court of Appeals

(2) Allen "F" Calton v Arthur Lee Calton
Cause No. 96-272780-14
96th Judicial District Court Court, Tarrant County, Texas

(3) Allen "F" Calton v Johnie Calton-Knox
Cause No. 48-273084-14
48th Judicial District Court Court, Tarrant County, Texas

Appellant's motion For Extension of Time To File Brief page 1 of 4

(4) City of Fort worth, etal v Johnie C. Knox, etal
Cause No. D 01692-14
48Th Judicial Court, Tarrant County, Texas

## II

Additionally in support of this motion is the fact that Appellant is on close custody level as of monday 9-28-15. And as a result of this very restricted prison custody level. Appellant no longer has direct access to the law Library. And now must receive legal material delivered to his cell 3 days a week and only 3 items per day for a mere total of 9 per week. Thus its going to take time to research. when the research is limited by no direct access to the law library.

## III

Further in support of this motion for extension of time. Is the fact that Appellant is mentally ill and is on a substantial amount of psychotropic medications including 300 mg of wellbutrin and 10 mg of Haldol. Additionally Appellant is prescribed 100 mg of Nortriptyline, 40 ms. Lisonpril, 25 mg of medizine and 10 mg of propranolol. These medications cause a sedated state and relaxed state and appellant must miss a dose or two of his medications to prepare pleadings. And thus has a small window to prepare legal pleadings. Because Appellant can't miss too many doses of his psych. meds without becoming

severely depressed and subsequently suicidal

## IV

Finally and most importantly Appellant has not received his copy of the Clerk's Record. Although Appellant timely requested and is entitled to the same due to being indigent. See file herein at 9-3-15 for Appellant's Request to District Clerk Thomas Wilder For The Record to be forwarded to Appellant at his prison address. Also See file herein at 8-17-15 For Appellant's Notice of Appeal, Declaration of Inability To Pay Cost For The Appeal, his certified Inmate Trust Fund Confirming the same and Declaration Confirming Previous Fillings. Thus confirming that Appellant is in compliance with T.R.A.P. 20.1 and C.P.R.C. 14.004(a) and (c) and therefore it is obvious District Clerk Thomas Wilder who has not contested indigency is arbitrarily denying Appellant the Clerk's record

## V

## Conclusion

Appellant requests an additional 30 days including up until and including 11-30-15 to file his Appellate brief. This motion is not made to harass or vex appellees, Nor is it made to delay or prejudice appellees. It is being made in the interest of Justice and for equitable purposes.

## prayer

Appellant's motion For Extension Of Time To File Brief page 3 of 4

Wherefore, premises considered, Appellant prays and respectfully moves this Court to grant him an additional 30 days to file his appellate brief. Which would include up until and including 11-30-15 to timely file said brief. Additionall Appellant moves this court for assistance in receiving a copy of the clerk's record and/or in the alternative this court provide Appellant a copy of the clerk's record That was filed in this Court on 9-30-15.

Respect Submitted,
allen "F" Calton

## Verification

I, Allen "F" Calton #1123880 incarcerated at the Stiles Unit in Jefferson County, Texas due hereby declare and state under the penalty of perjury that the foregoing facts are true and correct and are based upon personal Knowledge.
Executed on 10-7-15 allen "F" Calton

## certificate of Conference

Calton puts the Court on notice that a conference was not held with District Attorney sharen wilson or Attorney General Demetri Anastasiadis on the merits of this motion. Because Appellant is incarcerated and cannot telephone ms. wilson or D. Anastasiadis. Calton will not speculate on whether this motion would be opposed.

allen "F" Calton

## certificate of Service

I hereby certify that a copy of the foregoing was first class mailed to District Attorney sharen wilson 401 w. Belknap st, Ft. Worthy TX. 76196 and Attorney General Demetri Anastasiadis 300 w. 15 st Austin, TX. 78701 On 10-7-15. allen "F" Calton

Appellant's motion For Extension of Time To File Brief page 4 of 4